## Orient Manufacturing Company, Appellee, v. C. A. Channell, Appellant.

### Gen. No. 23,016.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN R. NEWCOMER, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed January 31, 1918.

### Statement of the Case.

Scire facias by Orient Manufacturing Company, a corporation, plaintiff, against C. A. Channell, defendant, to revive a judgment for $177.25 and costs against defendant. From a judgment for plaintiff, defendant appeals.

WILLIAM FRIEDMAN, for appellant.

EDWARD L. ENGLAND, for appellee.

MR. JUSTICE McDONALD delivered the opinion of the court.

### Abstract of the Decision.

1. JUDGMENT—*when affidavit in support of motion to vacate judgment of revivor is insufficient.* An affidavit in support of a motion to vacate a judgment of revivor, entered by default for want of appearance, which states that the want of appearance was owing to the failure of the stenographer of defendant's counsel to remind the latter, as directed, to file an appearance and affidavit of merits, but by which it is also disclosed that a clerk in such counsel's office had, before the return day of the writ, investigated the court's record for the purpose of preparing an affidavit of defense, does not show due diligence on the part of such counsel nor that defendant had a meritorious defense.

2. JUDGMENT—*when good defense not set forth in affidavit in support of motion to vacate judgment of revivor.* An allegation

Gross v. Lake Shore & M. S. Ry. Co. et al., 209 Ill. App. 439.

in an affidavit in support of a motion to vacate a judgment of revivor, that defendant was not jointly liable with another defendant and was unaware that no judgment had been entered against the other defendant, does not set forth a good defense.

3. JUDGMENT, § 616*—when on scire facias set aside. Judgment on a scire facias will not be set aside for mere irregularities in the judgment, but only because the judgment was void or has been paid.

4. MUNICIPAL COURT OF CHICAGO, § 19*—when motion does not lie to vacate judgment. Under section 21 of the Municipal Court Act (Rev. St. ch. 37, J. & A. ¶ 3333), relating to vacation of judgments, a motion made after the expiration of the judgment term and after the overruling of a similar motion made during the term, from which an appeal was taken, will not lie.